# JON L. NORINSBERG, ESQ., PLLC

ATTORNEY AT LAW
110 EAST 59TH STREET
SUITE 3200
NEW YORK, NEW YORK 10022
www.norinsberglaw.com

Jon L. Norinsberg
John J. Meehan

_____

Diego O. Barros
Erica M. Meyer

Queens Office
6906 Grand Avenue
3rd FL PH
Maspeth, New York 11378

Tel. (212) 791-5396
Fax (212) 406-6890
Email: jmeehan@norinsberglaw.com

May 18, 2022

**VIA ECF**
Honorable LaShann Dearcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East, 4H North
Brooklyn, New York 11201

Re:   ***Sigalovskaya v. Braden et al***
***Docket No.: 15 Civ. 00034 (LDH) (RML)***

Your Honor:

I represent Plaintiff Karina Sigalovskaya in the above referenced action. I write now to respectfully request the Court schedule a conference to select a trial date. Counsel for Defendants, Dara A. Olds, Esq., takes no position on this request.

The reason for this application is that on July 14, 2021, the Court held a status conference and informed the parties that a trial in this matter was unlikely to occur prior to April 2022.  Now that it is May 2022, Plaintiff respectfully requests that the Court set this matter down for a conference, so that the parties may select a new date for the trial of this matter.

We thank the Court for its consideration of this request.

Respectfully Submitted,

John J. Meehan

Cc:  Dara A. Olds, Esq.
     *Counsel for Defendants*